# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DURWARD PAUL, <br><br> Petitioner, <br><br> v. <br><br> LARRY H. SMALL, Warden, <br><br> Respondent. | Case No. CV 08-4450-ABC (JEM) <br><br> **J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: 7/19/2010

                                                   AUDREY B. COLLINS
                                   UNITED STATES DISTRICT JUDGE